UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00123

**United States of America**

v.

**James Poole**

# ORDER

    This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on January 22, 2025, and issued a report and recommendation that defendant's term of supervised release should be revoked. Doc. 17. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 16.

    Having reviewed the magistrate judge's report (Doc. 17), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that the defendant be sentenced to a period of 15 months imprisonment with no further supervised release to follow. The court recommends that the defendant serve his sentence at FCI Seagoville, if available.

*So ordered by the court on January 27, 2025.*

J. CAMPBELL BARKER
United States District Judge